IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AKRAM VAZIRI, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 05-2922 |
| | : | |
| HOWARD COUNTY GENERAL HOSPITAL, | : | |
|     Defendant | : | |

...o0o...

## MEMORANDUM OPINION

Plaintiff Akram Vaziri worked as a registered nurse at the Howard County General Hospital ("the hospital"). Acting pro se, she instituted this employment discrimination lawsuit against Victor A. Broccolino, the President and Chief Executive Officer of the hospital, in the Circuit Court for Howard County, Maryland. Proceeding pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq*., plaintiff, who is Iranian by birth and a "Moslem," alleged race, national origin, religious discrimination in her underlying EEOC charge. Defendant removed the case from state court on the basis of federal question jurisdiction.

Subsequently, by Order entered on November 21, 2005, and after an on-the-record status hearing held on December 9, 2005, during which the details of civil litigation were meticulously explained to the pro se plaintiff by the court, counsel entered an appearance on plaintiff's behalf. On December 20, 2005, counsel filed an amended complaint properly naming the hospital as defendant. The court issued a scheduling order on April 11, 2006, setting a discovery deadline of August 31, 2006.

As reflected in the now-pending motion to dismiss filed by the hospital, plaintiff has provided no discovery responses to the hospital. Nor did plaintiff and her counsel appear for her properly-noticed deposition. Counsel for plaintiff has not offered a plausible explanation for these failures.

The court is cognizant that dismissal of a case as a sanction for discovery violations is an extreme sanction that is reserved for the most egregious of instances of such violations. The court is persuaded that this is such a case. Frankly, for all that appears, plaintiff has affirmatively abandoned her claims. Accordingly, the motion to dismiss shall be granted. An Order follows.

Filed: September 1, 2006                    /s/
                                            ANDRÉ M. DAVIS
                                            United States District Judge